# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2018

### NO. 03-17-00718-CV

**Ivan Grant, Appellant**

**v.**

**Marina Grant, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**DISMISSED ON APPELLANT'S MOTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the final judgment signed by the district court on October 20, 2017. Ivan Grant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.